# NOTES OF CAUSES

Decided during the period comprised in this
Volume, and not reported in full.

STATE *v.* CRENSHAW. November Term, 1888. Appellant
having failed to file his case, and not appearing on the regular
call of the cause on the docket, on motion of Mr. Solicitor Orr,
for respondent, an order was entered dismissing the appeal for
want of prosecution. PER CURIAM, November 28, 1888.

NABORS *v.* LATIMER. November Term, 1888. This was a
motion to reinstate an appeal which had been dismissed by the
clerk because of appellant's failure to file his return within 40
days. The affidavits showed a difference of recollection by coun-
sel as to some understanding between them, but there was no alle-
gation of any agreement as to the return; but appellant claimed
that his failure to get a copy of the stenographer's notes of testi-
mony had been the cause of his delay in preparing his excep-
tions and having them incorporated into the return.

THE CHIEF JUSTICE. We are unanimously of opinion that
you have not made any showing that will enable us to give relief.
A "Case" must not only be agreed to, but it must also be agreed
that such case shall constitute the return. Otherwise the return
required by rule 2 must be filed within the 40 days. Motion
refused, November 30, 1888. *W. H. Irvine* and *J. L. Orr*, for
the motion. *A. Blythe*, contra.